NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE WILLIAMS,⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellant,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀⠀Case No. 2D17-4053
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STATE OF FLORIDA,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellee.⠀⠀⠀⠀⠀⠀)
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Willie Williams, pro se.

PER CURIAM.

⠀⠀⠀⠀⠀Affirmed.⠀See § 775.082(9)(a)(1), Fla. Stat. (2006); State v. King, 426 So.

2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Williams v.

State, 112 So. 3d 109 (Fla. 2d DCA 2013) (table decision); State v. Akers, 104 So. 3d

1259 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Bizzell v.

State, 912 So. 2d 386 (Fla. 2d DCA 2005); Fitzpatrick v. State, 868 So. 2d 615 (Fla. 2d

DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777

So. 2d 994 (Fla. 2d DCA 2000); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991);

Baker v. State, 91 So. 3d 179 (Fla. 5th DCA 2012); Baker v. State, 831 So. 2d 217 (Fla. 5th DCA 2002).

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.